IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN NOBLES-ROARK, | § | |
| | § | No. 270, 2020 |
| Claimant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| BACK BURNER, | § | C.A. No.:  N19A-11-001 |
| | § | |
| Employer Below, | § | |
| Appellees. | § | |

Submitted: February 3, 2021
Decided: February 10, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This 10th day of February 2021, after careful consideration of the parties' briefs and the record on appeal, we affirm the Industrial Accident Board's October 30, 2019 Decision on Petition to Determine Additional Compensation Due on the basis of and for the pertinent reasons stated in the Superior Court's July 28, 2020 Order.[1]

NOW, THEREFORE, IT IS ORDERED that the order of the Industrial Accident Board and the judgment of the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *Nobles-Roark v. Back Burner*, 2020 WL 4344551 (July 28, 2020).